O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States,<br>           Plaintiff,<br>   v.<br>Martinez, et al.<br>           Defendants. | CR 99-1274 RSWL-19<br><br>**ORDER Re: Motion for the Production of Records [1704]** |

The Court is in receipt of Defendant Hector Rodriguez's ("Defendant") Motion for the Production of Records [1704]. The Court having reviewed all papers submitted pertaining to this Motion and having considered all arguments presented to the Court **NOW FINDS AND RULES AS FOLLOWS:**

The Court hereby **DENIES** Defendant's Motion for the Production of Records. In his Motion, Defendant states that shortly after March 3, 2008, he "mailed a §3582(c)(2) Motion to the Clerk's Office which requested the Court to reduce his sentence pursuant to Amendment 706." Defendant requests that the Court

1

issue an order directing the United states to pay the expense of printing the "judgment or order that may have been subsequently issued for Mr. Rodriguez's 2008 18 U.S.C. § 3582(c)(2) Motion."

Upon review of all filings made by Defendant in this matter, the Court finds that no record exists of any "§ 3582(c)(2) Motion" filed by Defendant.  As such, the Court cannot grant the relief requested by Defendant and hereby **DENIES** Defendant's Motion.  The Court, however, informs Defendant that he may file another § 3582(c)(2) Motion if desired.

**IT IS SO ORDERED.**

DATED: December 7, 2011

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**

Senior, U.S. District Court Judge